IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SALANDA VILLAFANE, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | |
| | : | NO. 1:08-CV-00666-GET-AJB |
| GC SERVICES L.P., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules

of Civil Procedure, before the service of an answer or a motion for summary

judgment, and stipulates that this action shall be dismissed with prejudice to all

claims.

Respectfully submitted this 20th day of May, 2008.

THE LAW OFFICE OF JAMES M. FEAGLE, P.C.

by:    S/James M. Feagle
          James M. Feagle
          Attorney for plaintiff
          Georgia Bar No. 256916

108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
fax 404/601-1855
jimfeagle@aol.com